UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**RE:**

**DAVID C. DZIECH**
**MARGARET L. DZIECH**

**DEBTOR(S)**

**CASE NO. 06-21175**

**CHAPTER 13**
**Judge Tracey N. Wise**

## OBJECTION TO MOTION OF
## THE BANK OF NEW YORK MELLON TO
## RELIEF FROM THE AUTOMATIC STAY

COME NOW, the Debtors, David and Margaret Dziech, by and through counsel, and object to the Motion of the Bank of New York Mellon f.k.a. the Bank of New York as Trustee for the Certificateholders Cwabs, Inc. Asset-backed Certificates, Series 2006-09 by and Through Litton Loan Servicing, L.P. its Servicer, for Relief from the Automatic Stay on property located at 14 Clover Ridge Avenue, Fort Thomas, Kentucky  41075.  The basis of the Motion filed by the Movant is that the Debtors have failed to make mortgage payments for the months of February 1, 2010, through November 2010.  The Debtors have produced for counsel statements from their personal checking account at Fifth Third Bank.   Each of the months show a deduction on or about the 23rd of each month showing a payment by Fifth Third to Litton Loan Servicing in the amount of $1,441.85 for each of the months complained of.  The Debtors believe that they are current on their mortgage payments and have missed no payments.  This raises the specter of where these funds have been credited and how they have been credited.

The Debtors believe that they have provided adequate protection and that the Movant is adequately protected. Further the house is necessary for an effective reorganization of the Debtors.

For these reasons, the Debtors pray that the Motion for Relief be overruled.

Respectfully submitted,

/s/Michael L. Baker
Michael L. Baker (02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile: (859) 426-0222
mbaker@zslaw.com
*Attorney for David and Margaret Dziech*

## NOTICE

Please take notice that this matter is set for hearing before the Honorable Judge Tracey N. Wise on December 14, 2010, at 10:00 a.m., at the United States Federal Courthouse, United States Bankruptcy Courtroom, 35 West Fifth Street, Room #306, Covington, Kentucky, or as soon thereafter as counsel may be heard.

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 19th of November, 2010, a copy of the foregoing was served either by First Class U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

Beverly M. Burden
3470 Blazer Parkway, Suite 250
P.O. Box 2204
Lexington, KY 40588-2204
*Chapter 13 Trustee*

David and Margaret Dziech
14 Clover Ridge Avenue
Fort Thomas, KY   41075-1250

Ronald C. Taylor, Jr.
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH   45201-5480
*Attorneys for Movant*

      /s/Michael L. Baker
Michael L. Baker